**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 41 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| PHILADELPHIA COUNTY AND JUDGE | : | |
| SHEILA WOODS-SKIPPER AND JUDGE | : | |
| DIANE ANHALT, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus to Compel is **DENIED**.

 The Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.